UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRIMELENDING, *A Plainscapital Company*, <br><br> Plaintiff, <br> v. <br><br> ROBERT WILLIAM NICKLAS, <br><br> Defendant. | Civil Action No. 1:24-mc-91611-IT |

## JUDGMENT

Plaintiff, PrimeLending, A Plainscapital Company, having moved for judicial confirmation of its May 1, 2024 Arbitration Award against Defendant Robert William Nicklas pursuant to 9 U.S.C. §§ 9 and 13, and the court having granted the motion,

It is hereby ORDERED, ADJUDGED AND DECREED that the May 1, 2024 Arbitration Award is adopted as a final, enforceable judgment of the court pursuant to 9 U.S.C. §§ 9 and 13. Plaintiff is awarded against Defendant damages in the amount of $70,000.

By the Court,

Dated: January 6, 2025

/s/ Savannah Cook
Deputy Clerk

1